```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 33537
   EDWIN J OLSON
   LINDA M OLSON                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
    SSN XXX-XX-6981     SSN XXX-XX-8251


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/09/04 and confirmed on 12/14/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  20803.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
US BANK                    CURRENT MORTG          .00            .00            .00
US BANK                    SECURED VEHIC          .00            .00            .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC      7150.00         416.56        7150.00
EDUCATIONAL RESOURCES IN   UNSECURED          3017.49            .00         408.01
ROUNDUP FUNDING LLC        UNSECURED          9206.06            .00        1244.81
RESURGENT CAPITAL SERVIC   UNSECURED           507.40            .00          68.61
RESURGENT CAPITAL SERVIC   UNSECURED          4180.39            .00         565.26
DISCOVER BANK              UNSECURED          4627.33            .00         625.69
HOME DEPOT CREDIT SERVIC   UNSECURED         NOT FILED           .00            .00
KOHLS                      UNSECURED           187.10            .00          25.30
WORLD FINANCIAL NETWORK    UNSECURED           298.15            .00          40.31
SPEEDWAY                   UNSECURED         NOT FILED           .00            .00
AMERICAN STUDENT ASSISTA   UNSECURED         20042.04            .00        2710.02
ECMC                       UNSECURED         36809.14            .00        4977.21
CAPITAL ONE AUTO FINANCE   UNSECURED           463.33            .00          62.65
        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   7150.00         .00     79338.43         .00      86488.43
PRINCIPAL PAID       7150.00         .00     10727.87         .00      17877.87
INTEREST PAID         416.56         .00          .00         .00        416.56
TOTAL PAID           7566.56         .00     10727.87         .00      18294.43
The Debtor's attorney, URBAN & BURT LTD                , was allowed $   2200.00
and was paid $   556.00  direct and $   1644.00  through the plan.

The Trustee received $    861.57 .

Refunds to the Debtor totaled $       3.00 .

      Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE












                              PAGE  2
          CASE NO. 04 B 33537 EDWIN J OLSON & LINDA M OLSON